# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN SCHWARTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GURALNICK & GILLILAND, LLP,<br>et al.,<br><br>　　　　　Defendants. | Case No. CV 19-1293-DMG (KKx)<br><br><br>JUDGMENT |

　　　Plaintiff Marilyn Schwartz having accepted the offer of judgment filed by Defendants Guralnick & Gilliland, LLP and Melissa Platt [Doc. ## 15, 16],

　　　IT IS ORDERED, ADJUDGED, AND DECREED as follows:

　　　1.　Judgment is entered in favor of Plaintiff and against Defendants in the amount of $3,001.00. This award includes all actual, statutory, treble, punitive and any other recoverable damages;

　　　2.　Guralnick & Gilliland, L.L.P. shall release and forgive the Assessment Lien currently encumbering Ms. Schwartz's real property located at 32 Via Elegante, Rancho Mirage, California 92270. The recorded lien has a value of $1,445.00; and

　　　3.　Plaintiff shall be entitled to recover reasonable attorneys' fees and costs to be determined by the Court pursuant to the Fair Debt Collection Practices Act (15 U.S.C. §

1692k(a)(3)).  The only remaining issue to be resolved is an award of attorneys' fees and costs.

    4.    The scheduling conference on October 25, 2019 is VACATED.

DATED: September 25, 2019

                                              DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE